THOMPSON, Judge.
Andrew Gene Tullis petitions this court for a writ of habeas corpus seeking a belated appeal of his judgments and convictions for sexual battery on a child by a person of familial or custodial authority and for lewd, lascivious and indecent acts upon a child. Tullis alleges that his trial and former appellate counsel repeatedly failed to file a brief as ordered by this court. We grant the petition, reinstate the appeal and direct Tullis’ new counsel[1] to file an initial brief within thirty (30) days of receipt of the mandate of this court. See P.M.W. v. State, 678 So.2d 484 (Fla. 5th DCA 1996); Rooney v. State, 632 So.2d 212 (Fla. 5th DCA 1994); Melbourne v. State, 635 So.2d 163 (Fla. 5th DCA 1994).
PETITION GRANTED; WRIT ISSUED; CAUSE REMANDED.
PETERSON, C.J., and GOSHORN, J., concur.

. Tullís' current counsel was not his trial counsel.